Entered on Docket
July 21, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: July 21, 2008

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>L.C. FULLER, Jr.<br>SS # xxx xx 5976<br><br>      Debtor<br>_____<br>JOHN T. KENDALL, Trustee,<br><br>      Plaintiff,<br><br>v.<br><br>L.C. FULLER, JR. AND SHARON Y. FULLER, Individually and as Trustees of the Fuller Family Trust utd March 18, 2002, and the FULLER FAMILY TRUST,<br><br>      Defendants. | Case No. 03-46559 NK<br><br>Chapter 7<br><br><br><br><br><br>Adv. Proc. No. 08-4033 |

### DEFAULT JUDGMENT

The request by John T. Kendall ("Plaintiff" or "Trustee"), trustee of the above bankruptcy estate and plaintiff herein, that a default judgment be entered against defendants L.C. Fuller, Jr., Sharon Fuller ("Ms. Fuller"), individually and as trustees of the Fuller Family Trust utd. March 18, 2002, and the Fuller Family Trust ("Defendants") pursuant to Rule 55 of the Federal Rules of Civil Procedure made applicable by Rule 7055 of the Federal Rules of Bankruptcy Procedure declaring that the six acre property commonly known as 9354 Fairway Drive, Kelseyville, Lake

1    County, CA (the "Property") is property of the bankruptcy estate has been presented to this Court.

2    The Court has received no objection to the proposed request for a default judgment, the request

3    has been properly served, the evidence submitted in support of the request for a default judgment

4    has been reviewed and the Court has found that the Trustee has made a prima facie case for the

5    relief sought, and good cause appearing, therefor

6        IT IS HEREBY ADJUDGED that the six acre property commonly known as 9354

7    Fairway Drive, Kelseyville, Lake County, CA (the "Property") together with the proceeds thereof,

8    is property of the bankruptcy estate.

9                              **END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | L.C. Fuller, Jr.<br>1262 Greenway Drive<br>Richmond, CA 94803 |
| 4 | |
| 5 | Sharon Y. Fuller<br>1262 Greenway Drive<br>Richmond, CA 94803 |
| 6 | |
| 7 | L.C. Fuller, Jr.<br>Trustee of the Fuller Family Trust utd March 18, 2002<br>1262 Greenway Drive<br>Richmond, CA 94803 |
| 8 | |
| 9 | Sharon Y. Fuller<br>Trustee of the Fuller Family Trust utd March 18, 2002<br>1262 Greenway Drive<br>Richmond, CA 94803 |
| 10 | |
| 11 | |
| 12 | Fuller Family Trust<br>Attn: L.C. Fuller, Jr.<br>1262 Greenway Drive<br>Richmond, CA 94803 |
| 13 | |